IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Veronica Estrada, | NO. C 05-04841 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the Court's January 11, 2007 Order Denying Plaintiff's Motion for Summary Judgment or Remand and Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Jo Anne B. Barnhart, Commissioner of Social Security, against Plaintiff Veronica Estrada.

The Clerk shall close this file.

Dated: January 11, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Hunt Miller jim_miller0@yahoo.com
Sara Winslow sara.winslow@usdoj.gov
Sharon Sands sharon.sands@ssa.gov

**Dated:  January 11, 2007**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**